Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
        Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LIU, PATRICK Y | § | Case No. 06-09948 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 16, 2006.  The undersigned trustee was appointed on November 08, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            331,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 238,170.53 |
| Administrative expenses | 25,186.41 |
| Bank service fees | 826.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 21,848.53 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 44,968.41 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 01/02/2014 and the deadline for filing governmental claims was 02/12/2007.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,707.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,707.57, for a total compensation of $18,707.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015                By:/s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06-09948 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** LIU, PATRICK Y | **Filed (f) or Converted to (c):** 11/07/12 (c) |
| | **§341(a) Meeting Date:** 12/11/12 |
| **Period Ending:** 05/26/15 | **Claims Bar Date:** 01/02/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located 1203 W. Flournoy Street, Chica | 800,000.00 | 400,000.00 | | 0.00 | FA |
| 2 | Rental Property 1267 Westgate Terrace, Chicago, | 420,000.00 | 420,000.00 | | 307,000.00 | FA |
| 3 | 155 N. Harbor, Unit 1001, Chicago, IL 60601 | 270,000.00 | 270,000.00 | | 24,000.00 | FA |
| 4 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 5 | 2 sofas, 2 sofa chairs, 2 cocktail tables, lamps | 2,000.00 | 1,150.00 | | 0.00 | FA |
| 6 | Misc. Books and Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Normal Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Watch | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Golf Clubs | 50.00 | 50.00 | | 0.00 | FA |
| 10 | John Hancock $300,000 Term No cash surrender val | 0.00 | 0.00 | | 0.00 | FA |
| 11 | American Family - $500,000 Spouse is beneficiary | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 | Liu Architects, P.C. - 100% owner | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Liu P.C. - 100% owner | Unknown | 0.00 | | 0.00 | FA |
| 14 | Possible 2005 tax refund | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Mercedes ML 430 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 16 | 1995 300E Diesel Mercedes - owned by Liu Archite | 4,000.00 | 4,000.00 | | 0.00 | FA |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$1,512,650.00** | **$1,103,200.00** | | **$331,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/15- Review claims

    Prepare TFR

      Returns filed awaiting prompt determination letters

6/3/2014 Order entered approving sale of interest in 155 Harbor Drive

1/2/2014 Order entered approving slae of interest in 1267 Westgate Terrace

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 06-09948 | |
| **Case Name:** | LIU, PATRICK Y | |
| | | |
| **Period Ending:** 05/26/15 | | |

| | |
|---|---|
| **Trustee:** | (330129)   Ira Bodenstein |
| **Filed (f) or Converted (c):** | 11/07/12 (c) |
| **§341(a) Meeting Date:** | 12/11/12 |
| **Claims Bar Date:** | 01/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014      **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-09948 | |
| **Case Name:** LIU, PATRICK Y | |
| | |
| **Taxpayer ID #:** **-***2562 | |
| **Period Ending:** 05/26/15 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0766 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/14 | | Chicago Title & Trust Company | 1267 W. Westgate 1/2 of net closing proceeeds due estate as 1/2 owner of property. | | 21,848.53 | | 21,848.53 |
| | {2} | | Proceeds from sale of          307,000.00 1267 Westgate | 1110-000 | | | 21,848.53 |
| | | | Payoff of Mortgages          -238,170.53 | 4110-000 | | | 21,848.53 |
| | | | Closing costs          -9,782.41 | 2500-000 | | | 21,848.53 |
| | | | Payment to Eldorrado          -15,350.00 Chicago real estate | 3510-000 | | | 21,848.53 |
| | | | Payment to non debtor          -21,848.53 spouse | 8500-002 | | | 21,848.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.76 | 21,831.77 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.30 | 21,802.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.31 | 21,772.16 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.40 | 21,738.76 |
| 05/05/14 | {3} | Ann G. Liu | Earnest money deposit for sale of interest in 155  N. Harbor Unit 1001 | 1110-000 | 1,000.00 | | 22,738.76 |
| 05/15/14 | | To Account #******0767 | Transfer to separate account;   Earnest money for 155 N. Harbor  Drive sale | 9999-000 | | 1,000.00 | 21,738.76 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.74 | 21,707.02 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.18 | 21,676.84 |
| 07/07/14 | {3} | Northern Trust | Proceeds from sale of equity in 155 N. Harbor Drive Chicago, IL to Ann Liu per order entered on 6/3/14 Dkt # 188 | 1110-000 | 23,000.00 | | 44,676.84 |
| 07/07/14 | | From Account #******0767 | Account Transfer of earnest per closing of transaction on 6/30/2014 | 9999-000 | 1,000.00 | | 45,676.84 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.05 | 45,615.79 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.42 | 45,552.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.88 | 45,482.49 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.59 | 45,414.90 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.78 | 45,356.12 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.93 | 45,282.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.13 | 45,217.06 |
| 02/11/15 | 101 | Arthur B. Levine Company | 2015 Bond premium | 2300-000 | | 54.00 | 45,163.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.69 | 45,102.37 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.19 | 45,033.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.77 | 44,968.41 |

Subtotals :          $46,848.53          $1,880.12

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-09948 | |
| **Case Name:** | LIU, PATRICK Y | |
| | | |
| **Taxpayer ID #:** | **-***2562 | |
| **Period Ending:** | 05/26/15 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0766 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 46,848.53 | 1,880.12 | $44,968.41 |
| | | | Less: Bank Transfers | | 1,000.00 | 1,000.00 | |
| | | | **Subtotal** | | 45,848.53 | 880.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,848.53** | **$880.12** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-09948 | |
| **Case Name:** | LIU, PATRICK Y | |
| **Taxpayer ID #:** | **-***2562 | |
| **Period Ending:** | 05/26/15 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0767 - Earnest money account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/14 | | From Account #******0766 | Transfer to separate account;  Earnest money for 155 N. Harbor  Drive sale | 9999-000 | 1,000.00 | | 1,000.00 |
| 07/07/14 | | To Account #******0766 | Account Transfer of earnest per closing of transaction on 6/30/2014 | 9999-000 | | 1,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,000.00** | **1,000.00** | **$0.00** |
| Less: Bank Transfers | 1,000.00 | 1,000.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0766** | **45,848.53** | **880.12** | **44,968.41** |
| **Checking # ******0767** | **0.00** | **0.00** | **0.00** |
| | **$45,848.53** | **$880.12** | **$44,968.41** |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: January 2, 2014

**Case Number:** 06-09948
**Debtor Name:** LIU, PATRICK Y

Page: 1

**Date:** May 26, 2015
**Time:** 02:25:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $18,707.57 | $0.00 | 18,707.57 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $13,129.50 | $0.00 | 13,129.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $444.21 | $0.00 | 444.21 |
| 200 | Popowcer Katten, Ltd<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Admin Ch. 7 | | $1,450.00 | $0.00 | 1,450.00 |
| 19<br>200 | Office of the US Trustee<br>219 S. Dearborn Street<br>Suite 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $650.00 | $0.00 | 650.00 |
| 25<br>300 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Admin Ch. 11 | Allowed per court order entered 12/02/2014 | $19,888.85 | $0.00 | 19,888.85 |
| 12<br>100 | MBNA America (Delaware), N.A.<br>c/o Countrywide Home Loans, Inc.<br>400 Countrywide Way, Mail Stop SV-46<br>Simi Valley, CA 93065 | Secured | Debtor's residence was fully encumbered, trustee did not administer the property and debtor continues to service the debt. | $0.00 | $0.00 | 0.00 |
| 13<br>100 | Smithbuilt Financial LLC<br>Marc J Chalfen and David S Adduce<br>30 South Wacker Dr., Suite 2300<br>Chicago, IL 60606 | Secured | 05 L 001015<br>Lien is on debtor's residence and passes throuogh bankruptcy; trustee did not adminster property. | $0.00 | $0.00 | 0.00 |
| 17<br>100 | CITIMORTGAGE,INC.<br>4740 121 STREET/<br>ATTN: EXCEPTION PYMTS MC 1156-7<br>URBANDALE, IA 50328 | Secured | Property was fully encumbered;trustee did not adminster property, and debtor continues to service the debt. | $0.00 | $0.00 | 0.00 |
| 18<br>100 | Countrywide Home Loans, Inc.<br>Bankruptcy Department<br>400 Countrywide Way<br>Simi Valley, CA 93065 | Secured | Claim paid in full at closing of 1267 Westgate on January 6, 2014 per court order dated January 2, 2014. | $0.00 | $0.00 | 0.00 |
| 1<br>610 | LVNV FUNDING LLC its successors and assigns<br>c/o Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603 | Unsecured | 371540500242009 | $5,027.66 | $0.00 | 5,027.66 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 2, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 06-09948 | | | Page: 2 | | **Date:** May 26, 2015 | |
| **Debtor Name:** LIU, PATRICK Y | | | | | **Time:** 02:25:01 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 372353342921007 | $3,724.34 | $0.00 | 3,724.34 |
| 3<br>610 | American Express Travel Related Services<br>Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 371389970623003 | $14,911.21 | $0.00 | 14,911.21 |
| 4<br>610 | Capital One Bank<br>c/o Tsys Debt Mgmt.<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | 5291492376308595 | $7,223.09 | $0.00 | 7,223.09 |
| 5<br>610 | Beneficial<br>P.O. Box 10640<br>Virginia Beach, VA 23450 | Unsecured | 413601061659799 | $7,308.41 | $0.00 | 7,308.41 |
| 6<br>610 | Innerspace Enviromental Assessment Inc<br>c/o Edgerton & Edgerton Atty for Crdr<br>125 Wood Street P O BOX 218<br>West Chicago, IL 60186-0218 | Unsecured | 05 M1125805<br>Superceded by claim number 22 | $0.00 | $0.00 | 0.00 |
| 7<br>610 | JP Morgan Chase Bank NA<br>POB 3155<br>Attn: Bankruptcy Department<br>Milwaukee, WI 53201-3155 | Unsecured | | $4,402.84 | $0.00 | 4,402.84 |
| 8<br>610 | FDS Bank/Bloomingdales<br>C/O TSYS Debt Management<br>Po Box 137<br>Columbus, GA 31902 | Unsecured | 273318341 | $4,178.15 | $0.00 | 4,178.15 |
| 9<br>610 | Federated Retail Holdings, Inc./Marshall<br>Fields<br>C/O TSYS Debt Management<br>Po Box 137<br>Columbus, GA 31902 | Unsecured | 437638042410 | $3,561.87 | $0.00 | 3,561.87 |
| 10 -2<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | Unsecured | Superceded by claim number 21 | $0.00 | $0.00 | 0.00 |
| 11<br>610 | JASPR OFORMA, d/b/a<br>Real Time Environmental, Inc.<br>P. O. Box 267955<br>Chicago, IL 60660 | Unsecured | 05 L 2391<br>Claim disallowed per order entered 1/15/2008 Docket No. 118 | $0.00 | $0.00 | 0.00 |
| 14 -4<br>610 | INTERNAL REVENUE SERVICE<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Unsecured | 336405169 | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 2, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 06-09948 | | | Page: 3 | | **Date:** May 26, 2015 | |
| **Debtor Name:** LIU, PATRICK Y | | | | | **Time:** 02:25:01 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 610 | HILCO RECEIVABLES, LLC 1120 LAKE COOK ROAD STE.A BUFFALO GROVE, IL 60089-0000 | Unsecured | Superceded by Claim No. 16 | $0.00 | $0.00 | 0.00 |
| 16 610 | HILCO Receivables LLC Assignee of Wells Fargo Bank by,eCAST Settlement Corporation as,its agent,POB Newark, NJ 07193-5480 | Unsecured | Superceded by claim number 20 | $0.00 | $0.00 | 0.00 |
| 20 610 | PYOD, LLC its successors and assigns as assignee of Roundup Funding L.L.C. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | 4465420004768826 | $13,219.29 | $0.00 | 13,219.29 |
| 21 610 | PYOD, LLC its successors and assigns as assignee of Roundup Funding L.L.C. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $424.15 | $0.00 | 424.15 |
| 22 610 | Innerspace Enviromental Assessment Inc c/o Edgerton & Edgerton Atty for Crdr 125 Wood Street P O BOX 218 West Chicago, IL 60186-0218 | Unsecured | | $24,969.93 | $0.00 | 24,969.93 |
| 23 610 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE BANK (USA), N.A POB 41067 Norfolk, VA 23541 | Unsecured | | $5,287.44 | $0.00 | 5,287.44 |
| 24 610 | Bd. of Ed. of Calumet City School District 155 c/o Samuel B. Cavnar 55 W. Monroe #800 Chicago, IL 60603 | Unsecured | | $2,242,462.00 | $0.00 | 2,242,462.00 |
| << Totals >> | | | | 2,390,970.51 | 0.00 | 2,390,970.51 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-09948
Case Name: LIU, PATRICK Y
Trustee Name: Ira Bodenstein

**Balance on hand:**                        $          44,968.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                         $          44,968.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ira Bodenstein | 18,707.57 | 0.00 | 18,707.57 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 13,129.50 | 0.00 | 13,129.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 444.21 | 0.00 | 444.21 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd | 1,450.00 | 0.00 | 1,450.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:     $          34,381.28
Remaining balance:                                          $          10,587.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Attorney for Trustee/D-I-P Fees - Cohen & Krol | 19,888.85 | 0.00 | 10,587.13 |

Total to be paid for prior chapter administrative expenses:     $          10,587.13
Remaining balance:                                             $          0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,336,700.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV FUNDING LLC its successors and assigns | 5,027.66 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 3,724.34 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | 14,911.21 | 0.00 | 0.00 |
| 4 | Capital One Bank | 7,223.09 | 0.00 | 0.00 |
| 5 | Beneficial | 7,308.41 | 0.00 | 0.00 |
| 7 | JP Morgan Chase Bank NA | 4,402.84 | 0.00 | 0.00 |
| 8 | FDS Bank/Bloomingdales | 4,178.15 | 0.00 | 0.00 |
| 9 | Federated Retail Holdings, Inc./Marshall Fields | 3,561.87 | 0.00 | 0.00 |
| 20 | PYOD, LLC its successors and assigns as assignee | 13,219.29 | 0.00 | 0.00 |
| 21 | PYOD, LLC its successors and assigns as assignee | 424.15 | 0.00 | 0.00 |
| 22 | Innerspace Enviromental Assessment Inc | 24,969.93 | 0.00 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 5,287.44 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 24 | Bd. of Ed. of Calumet City School District 155 | 2,242,462.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**