UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PATRICK Y. LIU, | ) | Case No. 06-09948 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: July 21, 2015 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant: <u>Popowcer Katten, Ltd.</u>

Authorized to Provide
Professional Services to: <u>Ira Bodenstein, Trustee</u>

Date of Order Authorizing Employment: <u>June 4, 2014</u>

Period for Which
Compensation is Sought: <u>December 10, 2014 – December 23, 2014</u>

Amount of Fees Sought: $ <u>1,450.00</u>

Amount of Expense
Reimbursement Sought: $ <u>0.00</u>

This is an: Interim Application___ Final Application <u>XX</u>

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total<br>Requested<br>(Fees and<br>Expenses) | Total<br>Allowed | Amount<br>Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:

$<u>     0.00</u>

Dated: June 24, 2015                                        Popowcer Katten, Ltd.

                                                            By: <u>/s/ Ira Bodenstein</u>

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{10499-001 CVR A0407440.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| PATRICK Y. LIU, | ) Case No. 06-09948 |
| | ) |
| Debtor. | ) Honorable Jacqueline P. Cox |
| | ) |
| | ) Hearing Date: July 21, 2015 |
| | ) Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that, on July 21, 2015, at 9:30 a.m., we shall appear before the Honorable Jacqueline P. Cox, Courtroom 680, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the FINAL APPLICATIONS OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE TRUSTEE and POPOWCER KATTEN as ACCOUNTANTS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF (the "Applications"), at which time and place you may appear if you so desire.

    The Fee Applications seek allowance and payment of $13,129.50 in legal fees and $444.21 in expenses, to be paid to counsel for the Trustee, Shaw Fishman Glantz & Towbin LLC and $1,450.00 in fees for Popowcer Katten. Copies of the Applications can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date: June 24, 2015                                            Shaw Fishman Glantz & Towbin LLC

                                                                               By: /s/ Ira Bodenstein

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10499-001 APPL A0407423.DOC}

## CERTIFICATE OF SERVICE

    Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing notice to be served via the methods indicated below on this 24th day of June, 2015.

/s/ Ira Bodenstein

## SERVICE LIST

### Mailing Information for Case 06-09948

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David S Adduce    dadduce@komdr.com

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com

- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com

- Marc J. Chalfen    mchalfen@komdr.com

- Joseph E Cohen    jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

- Richard M. Fogel    rfogel@shawfishman.com

- E. Philip Groben    pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com

- Michael J Kalkowski    mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Jose G Moreno    nd-one@il.cslegal.com

- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com

- Gregory K Stern    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov

**Via U.S. Mail**

Patrick Y. Liu
1203 W. Flournoy
Chicago, IL  60607-3325

Citimortgage, Inc.
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL  60527-6921

LVNV Funding LLC its successors and assigns
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0597

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA  981111-9221

U.S. Bankruptcy Court
Eastern Division
219 South Dearborn Street, 7th Floor
Chicago, IL  60604-1702

American Express
P.O. Box 360002
Fort Lauderdale, FL  33336-0002

American Express Centurion Bank
P.O. Box 3001
Malvern, PA  19355-0701

Associated Recovery Systems
P.O. Box 469046
Escondido, CA  92046-9046

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

University Club of Chicago
76 E. Monroe Street
Chicago, IL  60603-2702

Countrywide Home Loans, Inc.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA  30076-2102

Real Time Environmental Inc./Jasper OFOMA
5644 S. Commercial Avenue
Chicago, IL  60617-5021

Smithbuilt Financial, LLC.
3030 NW Expressway, Ste. 1313
Oklahoma City, OR  73112-5466

ABN AMRO Mortgage
8201 Innovation Way
Chicago, IL  60682-0082

American Express Bank FSB
P.O. Box 3001
Malvern, PA  19355-0701

Ann G. Liu
1203 W. Flournoy Street
Chicago, IL  60607-3325

American Express
P.O. Box 650448
Dallas, TX  75265-0448

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

American Express Travel Related Services Co
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

BAC Home Loans Servicing LP
fka Countrywide Home Loans Servicing LP
c/o MCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Beneficial Finance
P.O. Box 17574
Baltimore, MD  21297-1574

Bloomingdale's
P.O. Box 183083
Columbus, OH  43218-3083

Bd. Of Ed. Of Calumet City School District 1
c/o Samuel B. Cavnar
55 W. Monroe Street, #800
Chicago, IL  60603-5144

Beneficial
P.O. Box 10640
Virginia Beach, VA  23450-0640

Capital One Bank
P.O. Box 790216
Saint Louis, MO  63179-0216

Citibank
P.O. Box 469100
Escondido, CA  92046-9100

Citibank Platinum Select Card
P.O. Box 688910
Des Moines, IA  50368-8910

Citimortgage, Inc.
4740 121 Street
Attn: Reception Payments NC 1156-7
Urbandale, Iowa  50323

Calumet City School District 155
540 Superior Avenue
Calumet City, IL  60409-3453

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Chase Bank USA, N.A.
c/o Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA  98121-2339

Joseph E. Cohen
E. Philip Groben
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL  60602-4600

Countrywide Home Loans
P.O. Box 650225
Dallas, TX  75265-0225

Countrywide Home Loans, Inc.
Bankruptcy Department
400 Countrywide Way
Simi Valley, CA  93065

Countrywide Home Loans, Inc.,
McCalla, Rayme
1544 Old Alabama Road
Roswell, GA  30076-2102

Diners Club
P.O. Box 6067
The Lakes, NV  89163-6067

FDS Bank/Bloomingdales
c/o TSYS Debt Management
P.O. Box 137
Columbus, GA  31902-0137

Federated Retail Holdings, Inc./Marshall Fields
c/o TSYS Debt Management
P.O. Box 137
Columbus, GA  31902-0137

Great Lakes Soil & Environmental Consultants
600 Territorial Drive, Ste. G
Bolingbrook, IL  60440-5132

Harris N.A.
P.O. Box 0755
Chicago, IL  60690-0755

Hilco Receivables, LLC
1120 Lake Cook Road, Ste. A
Buffalo Grove, IL  60089-1970

Hilco Receivables LLC
Assignee of Wells Fargo Bank by eCAST
Settlement Corporation as its agent
P.O. Box 35480
Newark, NJ  07193-5480

HSBC
P.O. Box 17313
Baltimore, MN  21297-1313

Innerspace Environmental Assess Inc.
42w612 Still Meadows Lane
Elburn, IL  60119-9509

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Innerspace Environmental Assessment Inc.
c/o Edgerton & Edgerton Atty for Crdr
125 Wood Street, P.O. Box 218
West Chicago, IL  60166-0218

Jasper Oforma
d/b/a Real Time Environmental, Inc.
P.O. Box 267955
Chicago, IL  60626-7355

Attn: Bankruptcy Department
JPMorgan Chase Bank NA
P.O. Box 3155
Milwaukee, WI  53201-3155

Juniper
P.O. Box 13337
Philadelphia, PA  19101-3337

Kimberly Duda
19 South LaSalle Street
Suite 1500
Chicago, IL  60603-1413

Macy's
P.O. Box 689195
Des Moines, IA  50368-9195

MBNA America
P.O. Box 15137
Wilmington, DE  19886-5137

MBNA America (Delaware), N.A.
c/o Countrywide Home Loans, Inc.
400 Countrywide Way, Mail Stop SV-46
Simi Valley, CA  93065

Office of the U.S. Trustee
219 South Dearborn Street, Rm 873
Chicago, IL  60604-2027

{10499-001 APPL A0407423.DOC}                    5

PYOD, LLC its successors and assigns as
assignee of Roundup Funding L.L.C.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  9602-9008

Portfolio Recovery Associates LLC
P.O. Box 41047
Norfolk, VA  23541-1067

Smithbuilt Financial/National Loan
c/o Marc J. Chalfen and David S. Adduce
30 South Wacker Drive, Ste. 2300
Chicago, IL  60606-7519

Smith Financial, LLC
c/o William S. Smith, Manager
3030 NW Expressway
Suite 1313
Oklahoma City, OK  73112-5466

US Bank
P.O. Box 5229
Cincinnati, OH  45201-5229

University Club of Chicago
76 E. Monroe Street
Chicago, IL  60603-2702

Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA  90030-0086

Wells Fargo Card Services
P.O. Box 30097
Los Angeles, CA  90030-0097

ABN AMRO Mortgage Group, Inc.
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Ste. 100
Burr Ridge, IL  60527-6921

B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA  58111-9221

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PATRICK Y. LIU, | ) | Case No. 06-09948 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: July 21, 2015 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL APPLICATION OF POPOWCER KATTEN, LTD.
FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION**

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Patrick Y. Liu (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

**BACKGROUND**

1. On August 18, 2006 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the United States Code (the "Bankruptcy Code") thereby commencing the above-captioned bankruptcy case. On November 7, 2012, the Debtor converted his case to a case pursuant to chapter 7 of the Bankruptcy Code (the "Conversion Date"). Subsequent to the Conversion Date, the Trustee was appointed as the chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Trustee administered assets of the Estate and he was required to file federal and state income tax returns for the Estate.

3. On June 4, 2014, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. During the period of December 10, 2014 through December 23, 2014 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

    (a)    Prepared federal and state income tax returns for the Estate for the final year ended December 31, 2014; and

    (b)    Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

## **REQUESTED FEES**

6. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $1,450.00 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 5.8 | $250 | $1,450.00 |
|  |  |  |  |
| **TOTALS** | **5.8** |  | **$1,450.00** |

{10118-001 APPL A0407441.DOC}    2

Attached to this Application as Exhibit A is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest.

WHEREFORE, PK requests the entry of an order that:

  (a) allows and grants the Trustee authority to pay PK $1,450.00 as final compensation for services rendered during the Application Period;

  (b) waives other and further notice of this hearing with respect to this Application; and

  (c) grants PK such additional relief as may be appropriate under the circumstances.

              Respectfully submitted,

              POPOWCER KATTEN, LTD.

Dated:  June 24, 2015       By: /s/ Ira Bodenstein
                Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151

{10118-001 APPL A0407441.DOC}    4