| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 07/21/2015 |
| (312) 666-2861 | Hearing Time: | 9:30 am |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   LIU, PATRICK Y    §    Case No. 06-09948
§
§
§
Debtor(s)    §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 07/21/2015 in Courtroom 680, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/24/2015          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: LIU, PATRICK Y § Case No. 06-09948
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 331,000.00

and approved disbursements of $ 286,031.59

leaving a balance on hand of [1] $ 44,968.41

**Balance on hand:** $ 44,968.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 44,968.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 18,707.57 | 0.00 | 18,707.57 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 13,129.50 | 0.00 | 13,129.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 444.21 | 0.00 | 444.21 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd | 1,450.00 | 0.00 | 1,450.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 34,381.28 |
| Remaining balance: | $ | 10,587.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Cohen & Krol | 19,886.85 | 0.00 | 10,587.13 |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 10,587.13 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,336,700.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LVNV FUNDING LLC its successors and assigns | 5,027.66 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 3,724.34 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | 14,911.21 | 0.00 | 0.00 |
| 4 | Capital One Bank | 7,223.09 | 0.00 | 0.00 |
| 5 | Beneficial | 7,308.41 | 0.00 | 0.00 |
| 7 | JP Morgan Chase Bank NA | 4,402.84 | 0.00 | 0.00 |
| 8 | FDS Bank/Bloomingdales | 4,178.15 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 9 | Federated Retail Holdings, Inc. d/b/a Marshall Fields | | 0.00 | 0.00 |
| 20 | PYOD, LLC its successors and assigns as assignee | 13,219.29 | 0.00 | 0.00 |
| 21 | PYOD, LLC its successors and assigns as assignee | 424.15 | 0.00 | 0.00 |
| 22 | Innerspace Enviromental Assessment Inc | 24,969.93 | 0.00 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 5,287.44 | 0.00 | 0.00 |
| 24 | Bd. of Ed. of Calumet City School District 155 | 2,242,462.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 06-09948-JPC
Patrick Y Liu                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 3           Date Rcvd: Jun 26, 2015
                              Form ID: pdf006          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2015.
```
db           +Patrick Y Liu,    1203 W Flournoy,    Chicago, IL 60607-3325
aty          +Shaw Fishman,    Shaw Fishman Glantz & Towbin LLC,    321 N. Clark St.,,    Suite 800,
               Chicago, IL 60654-4766
10866832     +ABN AMRO MORTGAGE,    8201 Innovation Way,    Chicago, IL 60682-0082
10866836      AMERICAN EXPRESS,    P. O. Box 360002,    Fort Lauderdale, FL 33336-0002
10866835      AMERICAN EXPRESS BANK FSB,    POB 3001,    Malvern, PA 19355-0701
10866837      AMERICAN EXPRESS CENTURION BANK,    POB 3001,    Malvern, PA 19355-0701
10866838     +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
10866844      ASSOCIATED RECOVERY SYSTEMS,    . O. Box 469046,    Escondido, CA 92046-9046
22688282     +American Express,    POB 650448,    Dallas, TX 75265-0448
10890703      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10890751      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10890753      American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
10866851     +BAC Home Loans Serivicng LP,    fka countrywide Home Loans Servicing LP,
               c/o MCalla Raymer, LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
10866846      BLOOMINGDALE'S,    P. O. Box 183083,    Columbus, OH 43218-3083
21381721     +Bd. of Ed. of Calumet City School District 155,    c/o Samuel B. Cavnar,    55 W. Monroe #800,
               Chicago, IL 60603-5144
10895111    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    c/o Tsys Debt Mgmt.,    PO Box 5155,
               Norcross, GA. 30091)
10866847      CAPITAL ONE BANK,    P. O. Box 790216,    Saint Louis, MO 63179-0216
10866848      CITIBANK,    P. O. Box 469100,    Escondido, CA 92046-9100
10866849      CITIBANK PLATINUM SELECT CARD,    P. O. Box 688910,    Des Moines, IA 50368-8910
11691457     +CITIMORTGAGE,INC.,    4740 121 STREET/,    ATTN: EXCEPTION PYMTS MC 1156-7,
               URBANDALE,IOWA 50323-2402
19717074     +Calumet City School District 155,    540 Superior Avenue,    Calumet City, IL 60409-3453
21382117     +Cohen & Krol,    105 West Madison Street,    Suite 1100,    Chicago, IL 60602-4600
22688283     +Countrywide Home Loans,    POB 650225,    Dallas, TX 75265-0225
11710277      Countrywide Home Loans, Inc.,    Bankruptcy Department,    400 Countrywide Way,
               Simi Valley, CA 93065
10866850     +Countrywide Home Loans, Inc., McCalla, Raymer, et,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
10866852      DINERS CLUB,    P. O. Box 6067,    The Lakes, NV 89163-6067
10922753     +FDS Bank/Bloomingdales,    C/O TSYS Debt Management,    Po Box 137,    Columbus, GA 31902-0137
10922758     +Federated Retail Holdings, Inc./Marshall Fields,    C/O TSYS Debt Management,    Po Box 137,
               Columbus, GA 31902-0137
19717075     +Great Lakes Soil &,    Environmental Consultants,    600 Territorial Drive, Ste G,
               Bolingbrook, IL 60440-5132
10866853      HARRIS, N.A.,    P. O. Box 0755,    Chicago, IL 60690-0755
11123644     +HILCO RECEIVABLES,LLC,    1120 LAKE COOK ROAD STE.A,    BUFFALO GROVE, IL 60089-1970
11354275      HILCO Receivables LLC,    Assignee of Wells Fargo Bank by,    eCAST Settlement Corporation as,
               its agent,    POB 35480,    Newark NJ 07193-5480
22512745     +HSBC,    PO Box 17313,    Baltimore, MD 21297-1313
22688284     +Hilco Receiveables,    1120 Lake Cook Rd., Ste. A,    Buffalo Grove, IL 60089-1970
10866854     +INNERSPACE ENVIRONMENTAL ASSESS INC,    42w612 Still Meadows Lane,    Elburn, IL 60119-9509
10904386      Innerspace Enviromental Assessment Inc,    c/o Edgerton & Edgerton Atty for Crdr,
               125 Wood Street P O BOX 218,    West Chicago, IL 60186-0218
10866856     +JASPR OFORMA, d/b/a,    Real Time Environmental, Inc.,    P. O. Box 267955,
               Chicago, IL 60626-7955
10907757      JP Morgan Chase Bank NA,    POB 3155,    Milwaukee, WI 53201-3155,    Attn: Bankruptcy Department
22512746     +Juniper,    PO Box 13337,    Philadelphia, PA 19101-3337
10866857     +Kimberly Duda,    19 S. LaSalle Street,    Suite 1500,    Chicago, IL 60603-1413
10866858      MARSHALL FIELD'S,    P. O. Box 689195,    Des Moines, IA 50368-9195
10866859      MBNA AMERICA,    P. O. Box 15137,    Wilmington, DE 19886-5137
10973942      MBNA America (Delaware), N.A.,    c/o Countrywide Home Loans, Inc.,
               400 Countrywide Way, Mail Stop SV-46,    Simi Valley, CA 93065
21341920    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to CAPITAL ONE BANK (USA), N.A,    POB 41067,    Norfolk VA 23541)
10866860     +Smith Built Financial/Natl Loan,    c/o Marc J. Chalfen,    30 S. Wacker Dr., Ste 2300,
               Chicago, IL 60606-7519
11015573     +Smith Financial, LLC,    c/o William C. Smith, Mananger,    3030 NW Expressway,    Suite 1313,
               Oklahoma City, OK 73112-5466
10916095     +Smithbuilt Financial LLC,    Marc J Chalfen and David S Adduce,
               30 South Wacker Dr., Suite 2300,    Chicago, IL 60606-7519
10866861    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    Private Banking Division,    209 S. La Salle Street,
               Chicago, IL 60604)
22512747     +University Club of Chicago,    76 E. Monroe St.,    Chicago, IL 60603-2702
10866862      WELLS FARGO CARD SERVICES,    P. O. Box 30086,    Los Angeles, CA 90030-0086
10866863      WELLS FARGO CARD SERVICES,    P. O. Box 30097,    Los Angeles, CA 90030-0097
```

```
District/off: 0752-1          User: corrinal               Page 2 of 3                   Date Rcvd: Jun 26, 2015
                              Form ID: pdf006              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17418796        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2015 20:07:21      B-Line, LLC,
                 P.O. Box 91121,    Dept. 550,    Seattle, WA 98111-9221
10945460       +E-mail/Text: bncmail@w-legal.com Jun 26 2015 20:11:40       Chase Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
10866855        E-mail/Text: cio.bncmail@irs.gov Jun 26 2015 20:10:38       INTERNAL REVENUE SERVICE,
                 230 South Dearborn Street,    Mail Stop 5010 CHI,    Chicago, IL 60604
15956295        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2015 20:08:07
                 LVNV FUNDING LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 10587,
                 Greenville, SC 29603-0587
19803132       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 26 2015 20:11:16       Office of the US Trustee,
                 219 S. Dearborn St.   Rm 873,    Chicago, IL 60604-2027
21069221       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2015 20:08:07
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12067430        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2015 20:08:31
                 Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10866833*       ABN-AMRO MORTGAGE,    8201 Innovation Way,    Chicago, IL 60682-0082
10866834*       ABN-AMRO MORTGAGE,    8201 Innovation Way,    Chicago, IL 60682-0082
10866839*      +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
10866840*      +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
10866841*      +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
10866842*      +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
10866843*      +ANN G. LIU,    1203 W. Flournoy Street,    Chicago, IL 60607-3325
11123645*      +HILCO RECEIVABLES, LLC,    1120 LAKE COOK ROAD STE.A,    BUFFALO GROVE, IL 60089-1970
19717073*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    230 South Dearborn Street,
                 Mail Stop 5010 Chi,    Chicago, IL 60604)
10866845      ##BENEFICIAL FINANCE,    P. O. Bix 17574,    Baltimore, MD 21297-1574
10898532      ##+Beneficial,    P.O. Box 10640,    Virginia Beach, VA 23450-0640
                                                                                     TOTALS: 0, * 9, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2015 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    Countrywide Home Loans, Inc. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David S Adduce    on behalf of Creditor    Smithbuilt Financial, LLC dadduce@komdr.com
              E. Philip Groben    on behalf of Debtor Patrick Y Liu pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gregory K Stern    on behalf of Creditor Christopher  Liu gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Creditor Ann G Liu gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Ira Bodenstein    on behalf of Accountant    Popowcer Katten, Ltd ibodenstein@shawfishman.com,
               cowens@shawfishman.com
```

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Jun 26, 2015
                               Form ID: pdf006             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
          Jose G Moreno    on behalf of Creditor    CITIMORTGAGE, INC. nd-one@il.cslegal.com
          Jose G Moreno    on behalf of Creditor    ABN AMRO Mortgage Group, Incorporated
           nd-one@il.cslegal.com
          Joseph E Cohen    on behalf of Debtor Patrick Y Liu jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Marc J. Chalfen    on behalf of Creditor    Smithbuilt Financial, LLC mchalfen@komdr.com
          Michael J  Kalkowski    on behalf of Creditor    ABN AMRO Mortgage Group, Incorporated
           mkalkowski@fisherandshapirolaw.com,    BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    on behalf of Trustee Ira  Bodenstein rfogel@shawfishman.com
                                                                                             TOTAL: 15
```