UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PATRICK Y. LIU<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  06-09948<br><br>Chapter:  7<br>Honorable Jacqueline Cox |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | |
|---|---|
| 1. Trustee's compensation | $ 18,707.57 |
| 2. Trustee's expenses | $     0.00 |
| TOTAL | $18,707.57 |
| 3. Chapter 11 Trustee's compensation | $  0.00 |
| 4. Chapter 11 Trustee's expenses | $  0.00 |
| TOTAL | $18,707.57 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
a. Compensation        $ 0.00
b. Expenses            $ 0.00
c. Chapter 11 Compensation    $ 0.00
d Chapter 11 Expenses         $ 0.00

2. Accountant for the Trustee
a. Compensation        $ 0.00
b. Expenses            $ 0.00
c. Chapter 11 Compensation    $ 0.00
d. Chapter 11 Expenses        $ 0.00

3. Other Professionals
         TOTAL       $18,707.57

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Rev: 20120501_bko

Enter: [signature]

Dated: AUG 1 9 2015

United States Bankruptcy Judge

**Prepared by:**

Ira Bodenstein (#3126857)
Shaw Fishman Glanz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 666-2861

Rev: 20120501_bko