# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LIU, PATRICK Y                                  § Case No. 06-09948
                                                       §
                                                       §
Debtor(s)                                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $822,650.00             Assets Exempt: $409,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $238,170.53    Claims Discharged
                                                Without Payment: $2,336,700.38

Total Expenses of Administration: $70,980.94

3) Total gross receipts of $ 331,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 21,848.53 (see **Exhibit 2**), yielded net receipts of $309,151.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $220,000.00 | $972,678.69 | $238,170.53 | $238,170.53 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 60,393.81 | 60,393.81 | 60,393.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 20,355.60 | 19,886.85 | 10,587.13 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,864.14 | 2,393,673.04 | 2,336,700.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $299,864.14 | $3,447,101.14 | $2,655,151.57 | $309,151.47 |

4) This case was originally filed under Chapter 7 on August 16, 2006. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2015          By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental Property 1267 Westgate Terrace, Chicago, | 1110-000 | 307,000.00 |
| 155 N. Harbor, Unit 1001, Chicago, IL 60601 | 1110-000 | 24,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$331,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chicago Title & Trust Company | Payment to non debtor spouse | 8500-002 | 21,848.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$21,848.53** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | MBNA America (Delaware), N.A. | 4110-000 | N/A | 154,516.26 | 0.00 | 0.00 |
| 13 | Smithbuilt Financial LLC | 4120-000 | 220,000.00 | 232,799.86 | 0.00 | 0.00 |
| 17 | CITIMORTGAGE, INC. | 4110-000 | N/A | 290,928.56 | 0.00 | 0.00 |
| 18 | Countrywide Home Loans, Inc. | 4110-000 | N/A | 56,263.48 | 0.00 | 0.00 |
|  | Chicago Title & Trust Company | 4110-000 | N/A | 238,170.53 | 238,170.53 | 238,170.53 |
| **TOTAL SECURED CLAIMS** | | | **$220,000.00** | **$972,678.69** | **$238,170.53** | **$238,170.53** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 18,707.57 | 18,707.57 | 18,707.57 |
| Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 13,129.50 | 13,129.50 | 13,129.50 |
| Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 444.21 | 444.21 | 444.21 |
| Popowcer Katten, Ltd | 3410-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| Office of the US Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.76 | 16.76 | 16.76 |
| Rabobank, N.A. | 2600-000 | N/A | 29.30 | 29.30 | 29.30 |
| Rabobank, N.A. | 2600-000 | N/A | 30.31 | 30.31 | 30.31 |
| Rabobank, N.A. | 2600-000 | N/A | 33.40 | 33.40 | 33.40 |
| Rabobank, N.A. | 2600-000 | N/A | 31.74 | 31.74 | 31.74 |
| Rabobank, N.A. | 2600-000 | N/A | 30.18 | 30.18 | 30.18 |
| Rabobank, N.A. | 2600-000 | N/A | 61.05 | 61.05 | 61.05 |
| Chicago Title & Trust Company | 2500-000 | N/A | 9,782.41 | 9,782.41 | 9,782.41 |
| Chicago Title & Trust Company | 3510-000 | N/A | 15,350.00 | 15,350.00 | 15,350.00 |
| Rabobank, N.A. | 2600-000 | N/A | 63.42 | 63.42 | 63.42 |
| Rabobank, N.A. | 2600-000 | N/A | 69.88 | 69.88 | 69.88 |
| Rabobank, N.A. | 2600-000 | N/A | 67.59 | 67.59 | 67.59 |
| Rabobank, N.A. | 2600-000 | N/A | 58.78 | 58.78 | 58.78 |
| Rabobank, N.A. | 2600-000 | N/A | 73.93 | 73.93 | 73.93 |
| Rabobank, N.A. | 2600-000 | N/A | 65.13 | 65.13 | 65.13 |
| Arthur B. Levine Company | 2300-000 | N/A | 54.00 | 54.00 | 54.00 |
| Rabobank, N.A. | 2600-000 | N/A | 60.69 | 60.69 | 60.69 |
| Rabobank, N.A. | 2600-000 | N/A | 69.19 | 69.19 | 69.19 |
| Rabobank, N.A. | 2600-000 | N/A | 64.77 | 64.77 | 64.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $60,393.81 | $60,393.81 | $60,393.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cohen & Krol | 6210-000 | N/A | 20,355.60 | 19,886.85 | 10,587.13 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $20,355.60 | $19,886.85 | $10,587.13 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC its successors and assigns | 7100-000 | 4,992.66 | 5,027.66 | 5,027.66 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 3,689.34 | 3,724.34 | 3,724.34 | 0.00 |
| 3 | American Express Travel Related Services Co Inc | 7100-000 | 13,776.67 | 14,911.21 | 14,911.21 | 0.00 |
| 4 | Capital One Bank | 7100-000 | 5,887.46 | 7,223.09 | 7,223.09 | 0.00 |
| 5 | Beneficial | 7100-000 | 5,584.48 | 7,308.41 | 7,308.41 | 0.00 |
| 6 | Innerspace Enviromental Assessment Inc | 7100-000 | 25,271.94 | 24,709.93 | 0.00 | 0.00 |
| 7 | JP Morgan Chase Bank NA | 7100-000 | N/A | 4,402.84 | 4,402.84 | 0.00 |
| 8 | FDS Bank/Bloomingdales | 7100-000 | 3,973.62 | 4,178.15 | 4,178.15 | 0.00 |
| 9 | Federated Retail Holdings, Inc./Marshall Fields | 7100-000 | 3,468.68 | 3,561.87 | 3,561.87 | 0.00 |
| 10 -2 | Roundup Funding, LLC | 7100-000 | N/A | 424.15 | 0.00 | 0.00 |
| 11 | JASPR OFORMA, d/b/a | 7100-000 | unknown | 5,400.00 | 0.00 | 0.00 |
| 14 -4 | INTERNAL REVENUE SERVICE | 7100-000 | unknown | N/A | N/A | 0.00 |
| 15 | HILCO RECEIVABLES, LLC | 7100-000 | N/A | 13,219.29 | 0.00 | 0.00 |
| 16 | HILCO Receivables LLC | 7100-000 | N/A | 13,219.29 | 0.00 | 0.00 |
| 20 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 13,219.29 | 13,219.29 | 13,219.29 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 424.15 | 424.15 | 0.00 |
| 22 | Innerspace Enviromental Assessment Inc | 7100-000 | N/A | 24,969.93 | 24,969.93 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,287.44 | 5,287.44 | 0.00 |
| 24 | Bd. of Ed. of Calumet City School District 155 | 7100-000 | N/A | 2,242,462.00 | 2,242,462.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $79,864.14 | $2,393,673.04 | $2,336,700.38 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09948  **Trustee:** (330129) Ira Bodenstein
**Case Name:** LIU, PATRICK Y  **Filed (f) or Converted (c):** 11/07/12 (c)
**§341(a) Meeting Date:** 12/11/12
**Period Ending:** 09/18/15  **Claims Bar Date:** 01/02/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence located 1203 W. Flournoy Street, Chica | 800,000.00 | 400,000.00 | | 0.00 | FA |
| 2  Rental Property 1267 Westgate Terrace, Chicago, | 420,000.00 | 420,000.00 | | 307,000.00 | FA |
| 3  155 N. Harbor, Unit 1001, Chicago, IL 60601 | 270,000.00 | 270,000.00 | | 24,000.00 | FA |
| 4  Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 5  2 sofas, 2 sofa chairs, 2 cocktail tables, lamps | 2,000.00 | 1,150.00 | | 0.00 | FA |
| 6  Misc. Books and Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 7  Normal Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 8  Watch | 100.00 | 0.00 | | 0.00 | FA |
| 9  Golf Clubs | 50.00 | 50.00 | | 0.00 | FA |
| 10  John Hancock $300,000 Term No cash surrender val | 0.00 | 0.00 | | 0.00 | FA |
| 11  American Family - $500,000 Spouse is beneficiary | 5,000.00 | 0.00 | | 0.00 | FA |
| 12  Liu Architects, P.C. - 100% owner | 0.00 | 0.00 | | 0.00 | FA |
| 13  Liu P.C. - 100% owner | Unknown | 0.00 | | 0.00 | FA |
| 14  Possible 2005 tax refund | 3,000.00 | 0.00 | | 0.00 | FA |
| 15  1998 Mercedes ML 430 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 16  1995 300E Diesel Mercedes - owned by Liu Archite | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$1,512,650.00** | **$1,103,200.00** | | **$331,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/15- Review claims
  Prepare TFR
  Returns filed awaiting prompt determination letters
6/3/2014 Order entered approving sale of interest in 155 Harbor Drive
1/2/2014 Order entered approving slae of interest in 1267 Westgate Terrace

Printed: 09/18/2015 04:57 PM    V.13.25

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 06-09948  
**Case Name:** LIU, PATRICK Y

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 11/07/12 (c)  
**§341(a) Meeting Date:** 12/11/12

**Period Ending:** 09/18/15

**Claims Bar Date:** 01/02/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014   **Current Projected Date Of Final Report (TFR):** June 23, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-09948 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | LIU, PATRICK Y | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0766 - Checking Account |
| Taxpayer ID #: | **-***2562 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/14 | | Chicago Title & Trust Company | 1267 W. Westgate 1/2 of net closing proceeeds due estate as 1/2 owner of property. | | | 21,848.53 | | 21,848.53 |
| | {2} | | Proceeds from sale of 1267 Westgate | 307,000.00 | 1110-000 | | | 21,848.53 |
| | | | Payoff of Mortgages | -238,170.53 | 4110-000 | | | 21,848.53 |
| | | | Closing costs | -9,782.41 | 2500-000 | | | 21,848.53 |
| | | | Payment to Eldorrado Chicago real estate | -15,350.00 | 3510-000 | | | 21,848.53 |
| | | | Payment to non debtor spouse | -21,848.53 | 8500-002 | | | 21,848.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.76 | 21,831.77 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.30 | 21,802.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.31 | 21,772.16 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 33.40 | 21,738.76 |
| 05/05/14 | {3} | Ann G. Liu | Earnest money deposit for sale of interest in 155 N. Harbor Unit 1001 | | 1110-000 | 1,000.00 | | 22,738.76 |
| 05/15/14 | | To Account #******0767 | Transfer to separate account; Earnest money for 155 N. Harbor Drive sale | | 9999-000 | | 1,000.00 | 21,738.76 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 31.74 | 21,707.02 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.18 | 21,676.84 |
| 07/07/14 | {3} | Northern Trust | Proceeds from sale of equity in 155 N. Harbor Drive Chicago, IL to Ann Liu per order entered on 6/3/14 Dkt # 188 | | 1110-000 | 23,000.00 | | 44,676.84 |
| 07/07/14 | | From Account #******0767 | Account Transfer of earnest per closing of transaction on 6/30/2014 | | 9999-000 | 1,000.00 | | 45,676.84 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 61.05 | 45,615.79 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.42 | 45,552.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 69.88 | 45,482.49 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 67.59 | 45,414.90 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.78 | 45,356.12 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 73.93 | 45,282.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 65.13 | 45,217.06 |
| 02/11/15 | 101 | Arthur B. Levine Company | 2015 Bond premium | | 2300-000 | | 54.00 | 45,163.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.69 | 45,102.37 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 69.19 | 45,033.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 64.77 | 44,968.41 |
| 07/24/15 | 102 | Ira Bodenstein | Trustee Compensation, TFR Approved July 21 | | 2100-000 | | 18,707.57 | 26,260.84 |

Subtotals :     $46,848.53     $20,587.69

{} Asset reference(s)                                    Printed: 09/18/2015 04:57 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-09948 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | LIU, PATRICK Y | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0766 - Checking Account |
| Taxpayer ID #: | **-***2562 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/15 | 103 | Shaw Fishman Glantz & Towbin LLC | Order entered 7/21/15 Dkt # 215 | 3110-000 | | 13,129.50 | 13,131.34 |
| 07/24/15 | 104 | Shaw Fishman Glantz & Towbin LLC | Order entered 7/21/15 Dkt # 215 | 3120-000 | | 444.21 | 12,687.13 |
| 07/24/15 | 105 | Popowcer Katten, Ltd | Order entered 7/21/15 Dkt # 214 | 3410-000 | | 1,450.00 | 11,237.13 |
| 07/24/15 | 106 | Office of the US Trustee | Unpaid Quarterly Fee | 2950-000 | | 650.00 | 10,587.13 |
| 07/24/15 | 107 | Cohen & Krol | Attorney fees ch. 11 Admin expense | 6210-000 | | 10,587.13 | 0.00 |
| | | | ACCOUNT TOTALS | | 46,848.53 | 46,848.53 | $0.00 |
| | | | Less: Bank Transfers | | 1,000.00 | 1,000.00 | |
| | | | **Subtotal** | | 45,848.53 | 45,848.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,848.53** | **$45,848.53** | |

{} Asset reference(s)     Printed: 09/18/2015 04:57 PM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-09948 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | LIU, PATRICK Y | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0767 - Earnest money account |
| **Taxpayer ID #:** | **-***2562 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/18/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/14 | | From Account #******0766 | Transfer to separate account; Earnest money for 155 N. Harbor Drive sale | 9999-000 | 1,000.00 | | 1,000.00 |
| 07/07/14 | | To Account #******0766 | Account Transfer of earnest per closing of transaction on 6/30/2014 | 9999-000 | | 1,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,000.00** | **1,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 1,000.00 | 1,000.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0766** | 45,848.53 | 45,848.53 | 0.00 |
| **Checking # ******0767** | 0.00 | 0.00 | 0.00 |
| | **$45,848.53** | **$45,848.53** | **$0.00** |

{} Asset reference(s)                    Printed: 09/18/2015 04:57 PM    V.13.25